UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

In Re

RANDALL LUKER  Case No. 09-10300-MAM-13
BETTY LUKER

   Debtors.

## ORDER AND NOTICE SETTING ASIDE DISCHARGE

It appears to the Court that the Discharge of Debtors entered on 2/7/14 should be set aside.

It is ORDERED and NOTICE IS GIVEN that the Discharge of Debtors is SET ASIDE.

Dated:   February 7, 2014

*Margaret A. Mahoney*
MARGARET A. MAHONEY
U.S. BANKRUPTCY JUDGE