Form ovdchb.jsp

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

In Re: Randall Luker  
       Betty Luker  
       Debtors

Case No.: 09–10300

### ORDER AND NOTICE VACATING DISCHARGE

It appears to the Court that the Discharge of the Debtors entered on 2/7/14 should be vacated.

It is ORDERED and NOTICE IS GIVEN that the Discharge of the Debtors is VACATED.

_____  
MARGARET A. MAHONEY  
U.S. BANKRUPTCY JUDGE

Dated: 2/7/14

LD  
Deputy Clerk Initials